**Order entered October 1, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01366-CV

**HELEN CLARK, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04514-B**

## ORDER

On August 14, 2013, this Court ordered John Warren, Dallas County Clerk, to file the clerk's record within thirty days. As of today's date, the clerk's record has not been filed.

Appellant is indigent and is allowed to proceed without advance payment of costs. Accordingly, we again **ORDER** John Warren to file the clerk's record **ON OR BEFORE OCTOBER 14, 2013**.

We **DIRECT** the Clerk of this Court to send a copy of this order by first-class mail to appellant and by electronic transmission to John Warren and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
          JUSTICE